No. 94–801.   ARIZONA *v.* BURKETT.   Ct. App. Ariz.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 94–932.   MICHIGAN *v.* CARUSO.   Sup. Ct. Mich.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 94–909.   PRINCZ *v.* FEDERAL REPUBLIC OF GERMANY. C. A. D. C. Cir.   Motions of Individual Professors of International Law and Anti-Defamation League of B'nai B'rith et al. for leave to file briefs as *amici curiae* granted.   Certiorari denied.

No. 94–946.   FOREST GROVE, INC., ET AL. *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER OF HILL FINANCIAL, S. A. C. A. 3d Cir.   Motion of respondent to substitute RTC Mortgage Trust 1994–S5 in place of Resolution Trust Corporation, as Receiver for Hill Financial, S. A., granted.   Certiorari denied.

No. 94–951.   HALL ET AL. *v.* O'SULLIVAN ET AL.   Ct. App. Cal., 2d App. Dist.   Motion of California Justice Foundation for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 94–966.   PRIMATE AND BISHOPS' SYNOD OF THE RUSSIAN ORTHODOX CHURCH OUTSIDE OF RUSSIA *v.* RUSSIAN ORTHODOX CHURCH OF THE HOLY RESURRECTION, INC., ET AL.   Sup. Jud. Ct. Mass.   Motion of James Andrews et al. for leave to file a brief as *amici curiae.* granted.   Certiorari denied.

No. 94–986.   CLAPP *v.* LEBOEUF, LAMB, LEIBY & MACRAE ET AL.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Motion of petitioner to defer consideration of petition for certiorari denied. Certiorari denied.